USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1/24/14__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

JOHN CANTWELL,

                      Defendant.
-------------------------------------------------------------X

13 cr 478 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, April 4, 2014 at 10:00am** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **April 4, 2014** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                     JOHN G. KOELTL
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 23, 2014